# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THEODORE SMITH

NO. 2021 KW 1568

**FEBRUARY 25, 2022**

---

In Re:    Theodore Smith, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          220,022.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT